IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL D. MICHAEL, as the
Administrator of the ESTATE
OF JACK D. MICHAEL, and
JUDITH A. KUHN, as the
Administratrix of the ESTATE
OF PAUL F. HENDERSON, et al.,

       Plaintiffs,

v.               //   CIVIL ACTION NO. 1:14CV212
                            (Judge Keeley)

The ESTATE OF ALEX KOVARBASICH,
by and through ALBERT F. MORANO,
SHERIFF OF HARRISON COUNTY, as
the Administrator of the ESTATE
OF ALEX KOVARBASICH, and
CONSOLIDATION COAL COMPANY,

       Defendants.

## ORDER STAYING CASE

For good cause, the Court **STAYS** this case pending resolution by the Supreme Court of Appeals of West Virginia of an appeal of the ruling by the Circuit Court of Harrison County, West Virginia in related proceedings.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: February 25, 2016.

                    /s/ Irene M. Keeley
                    IRENE M. KEELEY
                    UNITED STATES DISTRICT JUDGE