FILED: August 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1564
(1:14-cv-00212-IMK-JES)

_____

MICHAEL D. MICHAEL, as the Administrator of the Estate of Jack D. Michael; JUDITH A. KUHN, as the Administratrix for the Estate of Paul F. Henderson et al.

      Plaintiffs - Appellants

v.

CONSOLIDATION COAL COMPANY, a Delaware Company

      Defendant - Appellee

and

ESTATE OF ALEX KOVARBASICH, By and through Albert F. Marano, Sheriff of Harrison County as administrator for the estates of Alex Kovarbasich

      Defendant

_____

M A N D A T E

_____

The judgment of this court, entered 07/24/2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*